AO 247 Amended W A,E (02/08)   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT

for the

Eastern District of Washington

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No: __CR-01-130-FVS-1__ |
| Keane Jenkins | ) | USM No: __10352-085__ |
| | ) | |
| Date of Previous Judgment: __8/14/2002__ | ) | __Tracy Staab__ |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendants's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgement issued) of __8/14/2002__ months **is reduced to** __credit for time__ served.

Defendant's Motion to Expedite Hearings, Ct. Rec. 52 is GRANTED.
Defendant's  Application for appointment of Counsel Ct. Rec. 50 is GRANTED.

Except as provided above, all provisions of the judgment dated __8/14/2002__ shall remain in effect.

**IT IS SO ORDERED**.

Order Date: __3/14/2008__                        s/ Fred Van Sickle
                                             _____
                                                      Judge's signature

Effective Date: __3/21/2008__            The Honorable Fred Van Sickle       Judge, U.S. District Court
                (if different from order date)              Printed name and title