AO 247 Amended WA,E (02/08)   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT

for the

Eastern District of Washington          **AMENDED**

| | |
|---|---|
| United States of America ) | Case No: CR-01-130-FVS-1 |
| v. ) | USM No: 10352-085 |
| Keane Lamar Jenkins ) | |
| ) | Tracy Staab |
| Date of Previous Judgment: 8/14/2002 ) | |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgement issued) of  97  months **is reduced to** time served .

Defendant's Motion to Expedite Hearings, Ct. Rec. 52 is GRANTED.
Defendant's Application for Appointment of Counsel, Ct. Rec. 50 is GRANTED.

Except as provided above, all provisions of the judgment dated  8/14/2002  shall remain in effect.

**IT IS SO ORDERED.**

Order Date:  3/19/2008           s/ Fred Van Sickle
                                  Judge's signature

Effective Date:  3/29/2008       The Honorable Fred Van Sickle    Judge, U.S. District Court
        (if different from order date)              Printed name and title